IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DEMETRIUS FLOWERS,**
**ADC #610318**                                                                  **PLAINTIFF**

v.                       No. 3:14-cv-280-DPM

**MICHAEL OBAMMA; REMMERRY, Lieutenant;**
**KALA STEVENSON, Probation Officer; MIKE BEEBE,**
**Governor; RUKKER, Sergeant; COOK, Nurse;**
**JACKSON, Sergeant; THOMSON, Lieutenant;**
**BOBBY J. WASHINGTON, Lieutenant; PERKENS;**
**L. THOMS; M. SWEEKER; and BOBBY JONES**           **DEFENDANTS**

## JUDGMENT

Flowers's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

27 March 2015